**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| United States of America *ex rel.* ) | Civ. A. No.:6:19-CV-02640-TMC |
| Jake Fox,                          ) | |
|                                    ) | |
|     Plaintiff-Relator,  ) | |
|                                    ) | **NOTICE OF VOLUNTARY DISMISSAL** |
|   v.                     ) | |
|                                    ) | |
| On-Belay Medical, LLC, World Water ) | |
| Project, Inc. d/b/a TivaWater, Knoxville ) | **FILED UNDER SEAL** |
| Christian Community Foundation, Inc. ) | **DO NOT ENTER ON PACER** |
| d/b/a National Christian Foundation East ) | |
| Tennessee, National Christian      ) | |
| Foundation, Inc., David Stridde, Mark ) | |
| Slaughter, and David Ragland,      ) | |
|                                    ) | |
|     Defendants.  ) | |
|                                    ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff-Relator Jake Fox ("Relator") hereby gives notice that the above-captioned action is voluntarily dismissed, without prejudice to the United States, against Defendants.

Additionally, Relator respectfully requests that the Complaint and all other filings in this action remain sealed for five (5) years following the date of dismissal, with the seal being automatically lifted thereafter. Relator's basis for this request is twofold.

First, unsealing the documents in this case could potentially affect Relator's employment in the medical sales industry and could affect his livelihood based upon his continued work in the medical sales industry related to Defendant. Relator is relatively new to the medical sales industry and continues to work in the medical sales industry with the same physicians who are involved with Defendant. His livelihood is solely based on his medical sales at this time. The

unsealing of this case could result in him being blackballed from the medical sales industry and unable to make a living. Relator requests that the seal be extended for the requested time frame to allow him to be able to continue to work and not have his livelihood affected. Relator's Declaration is attached hereto.

Second, no harm will come to the public based upon Relator bringing this information to the attention of Federal Government and now deciding to voluntarily dismiss it after discussions with the Federal Government. Therefore, no harm will come to the public for this matter to be sealed for an extended period of time.

The United States intends to file its own consent to this voluntary dismissal pursuant to 31 U.S.C. § 3730(b)(1), provided that the dismissal is without prejudice to the United States.

Respectfully Submitted,

Dated: November 22, 2019

/s/ R. Mills Ariail, Jr.
R. Mills Ariail, Jr., Fed. ID No. #7925
mills@rmalawoffice.com
**Law Office of R. Mills Ariail, Jr.**
11 North Irvine Street, Suite 11
Greenville, SC 29601
Tel: 864.232.9390
Fax: 864.232.9392

ATTORNEY FOR RELATOR

2