**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | | |
|---|---|---|
| United States of America *ex rel.* Jake Fox, | ) ) ) | Civ. A. No.:6:19-CV-02640-TMC |
| Plaintiff-Relator, | ) ) | **FILED UNDER SEAL** **DO NOT ENTER ON PACER** |
| v. | ) ) | |
| On-Belay Medical, LLC, World Water Project, Inc. d/b/a TivaWater, Knoxville Christian Community Foundation, Inc. d/b/a National Christian Foundation East Tennessee, National Christian Foundation, Inc., David Stridde, Mark Slaughter, and David Ragland, | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**DECLARATION OF JAKE FOX**

I, Jake Fox, hereby declare:

1.      I am a citizen of the United States of America and the State of South Carolina.

2.      I am the Plaintiff-Relator in the above-captioned action that was filed in the United States District Court for the District of South Carolina, Greenville Division, on September 17, 2019.

3.      I am currently employed as an independent Medical Sales Distributor in North Carolina and I have daily interaction with hospitals and doctors in the medical industry.  I work with hospitals and doctors to sell medical equipment on a daily basis and it is my livelihood.

4.      As an independent contractor for On-Belay Medical, LLC, I have had direct involvement with doctors and hospitals that I continue to work with and do business with.  It is important to protect my identity as Plaintiff-Relator in the above-captioned action for a period of time to

avoid any professional damage that may result if my identity is known to On-Belay Medical, LLC and to continue to allow me to perform medical sales in North Carolina.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 20, 2019, at Asheville, North Carolina.

_____
Jake Fox

2